WALTER O. BUTLER, Respondent, *v.* EDWARD H.
SHERWOOD, Individually and as Administrator of the
Estate of ELLA F. SHERWOOD, Deceased, Appellant.

*Decedent's estate — deed — action to set aside deed — instrument of
testamentary character which does not comply with statutory require-
ments of will void.*

*Butler* v. *Sherwood*, 196 App. Div. 603, affirmed.

(Argued May 4, 1922; decided May 31, 1922.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the third judicial
department, entered May 13, 1921, unanimously affirming
a judgment in favor of plaintiff entered upon a decision
of the court on trial at Special Term. The action was
to set aside a deed executed by Ella F. Sherwood,
deceased, to her husband, whereby said Ella F. Sherwood,
in consideration of one dollar, remised, released and quit-
claimed to her husband, his heirs and assigns forever, all
of her real estate and personal property, providing,
however, that " this conveyance and transfer are made
upon the condition that the party of the second part,
my husband, survive me, and the same is intended to
vest and take effect only upon my decease and until said
time the same shall be subject to revocation upon the
part of the party of the first part." The trial court held
that the instrument relied upon by defendant was of a
testamentary character and did not comply with the
statutory requirements of a will and was, therefore, void.

*Willard A. Rill* for appellant.

*L. R. Chase* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.